Harry Thomas NETHKEN, Jr.,
Plaintiff–Appellant,

v.

Bob BELL, Monongalia County Commission President; Ansel Kennedy, Monongalia County Commissioner; John Pyles, Monongalia County Commissioner, Joe Bartolo, Monongalia County Sheriff; Al Kisner, Chief Deputy; Todd Forbes, Deputy, Defendants–Appellees.

No. 02–6376.

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 6, 2002.

Harry Thomas Nethken, Jr., Appellant Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Harry Thomas Nethken, Jr., appeals the recommendation of the magistrate judge dismissing certain parties and claims in this § 1983 action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*